UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INFORMED CONSENT ACTION NETWORK,<br><br>                            Plaintiff,<br><br>-against-<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                            Defendant. | Civil Action No. 1:23-cv-01466 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Informed Consent Action Network, by and through its undersigned counsel, hereby dismisses this action pursuant to F.R.C.P. 41(a)(1)(A)(i).

Dated: July 31, 2023

Respectfully Submitted,

/s/ Elizabeth A. Brehm
Aaron Siri, DC Bar ID NY0537
Elizabeth A. Brehm, DC Bar ID NY0532
Siri & Glimstad LLP
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
aaron@sirillp.com
ebrehm@sirillp.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Elizabeth Brehm, Esquire, do certify on July 31, 2023, served a true and correct copy of foregoing was electronically served on all parties authorized to receive via this Court's CM/ECF system on this 31 day of July 2023.

/s/ Elizabeth A. Brehm
Elizabeth Brehm, Esq.